**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DAVID HOUSER,

    Plaintiff,

v.

CITIBANK, N.A.,

    Defendant.

Case No.: 5:16-cv-00246-JSM-PRL

_____/

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

NOW COMES Plaintiff, DAVID HOUSER, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

Respectfully submitted this 8th day of August, 2016.

                                                      CRUMLEY & WOLFE, P.A.

                                                      By: */s/ Benjamin H. Crumley*
                                                      Benjamin H. Crumley
                                                      2254 Riverside Ave.
                                                      Jacksonville, FL 32204
                                                      Telephone: (904)-374-0111
                                                      Facsimile: (904) 374-0113
                                                      Email: ben@cwbfl.com
                                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

John L. Dicks II
Florida Bar No.: 89012
401 East Jackson St.
Suite 1700
Tampa, FL 33602
john.dicks@akerman.com

Jacob A. Brown
50 North Laura Street
Suite 3100
Jacksonville, FL 32202
jacob.brown@akerman.com

                                                  */s/ Benjamin H. Crumley*
                                                  Attorney