UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| DAVID HOUSER,<br><br>      Plaintiff,<br><br>vs.<br><br>CITIBANK N.A.; AND DOES 1 TO 10, INCLUSIVE,<br><br>      Defendant(s). | Case No.: 5:16-cv-00246-JSM-PRL<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**

The Stipulation of Dismissal of Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 10-5-16

By: _/s/ James S. Moody, Jr._

James S. Moody, Jr
United States District Judge